UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1101 THOMAS P. ONEILL, JR., FEDERAL BUILDING
10 CAUSEWAY STREET
BOSTON, MASSACHUSETTS 02222-1074

**JAMES M. LYNCH**
CLERK

(617)565-6051
FAX (617)565-6087

2004 JUN -9 P 2: 14

6/9/04

U.S. DISTRICT COURT
DISTRICT OF MASS.

**WORCESTER OFFICE**
595 MAIN STREET
WORCESTER, MA 01608-2076
(508)793-0518
FAX (508)793-0541

United States District Court
District of Massachusetts
Harold D. Donohue Federal Building & Courthouse
595 Main Street
Worcester, MA 01608

Attention:
Bankruptcy Case/Adversary Preceeding In Re: 04-40719
Bankruptcy Case/Adversary Preceeding In Number: 04-4336

The following documents are being transmitted to your Court:

- ☑ Motion To Withdraw Reference
- ☐ Proposed Order Or Judgement
- ☐ Proceeding With Jury Claim Or Demand
- ☐ Supplementary Memorandum of Decision on Remand and Supplementary Order on Remand
- ☑ Other  *Certified Copy of Docket*

Enclosed you will find photocopies of the original papers.

**Please acknowledge receipt of these documents by signing the copy of this letter and returning it to this office for filing.**

○ United States Bankruptcy Court
1101 O'Neill Federal Building
10 Causeway Street
Boston, MA 02222-1074

● United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608-2076

---

Date: 6/9/04

James M. Lynch
Clerk, U.S. Bankruptcy Court


By the Court,

Janet Keller
Deputy Clerk
(508) 770-8946

---

Receipt is acknowledged of the enclosures referred to above and the proceeding has been assigned our number
:_____

**04-40109**

Date: 6-9-04

By: *Sherry Jones*

# United States Bankruptcy Court
## District of Massachusetts (Worcester)
### Adversary Proceeding #: 04-04336
Internal Use Only

*Assigned to:* Judge Joel B. Rosenthal
*Related BK Case:* 04-40719
*Related BK Title:* Brian M. Anger and Jean M. Anger
*Demand:* $66000
*Nature of Suit:* 426

*Date Filed:* 04/30/04

**04-40109**

**Plaintiff**
-----------------------

Elaine L. Chao, *Secretary of Labor*
United States Department of Labor

represented by **Maureen L. Canavan**
United States Department of Labor
Room E-375 JFK Federal Building
Boston, MA 02203
(617) 565-2500

V.

**Defendant**
-----------------------

**Brian M. Anger**
SSN: 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

represented by **Nicholas Katsonis**
Verges & Katsonis
40 Southbridge St.
Suite 215
Worcester, MA 01608
(508) 754-2600

| Filing Date | # | Docket Text |
|---|---|---|
| 04/30/2004 | 1 | 426 (Dischargeability 523): Complaint by Elaine L. Chao against Brian M. Anger . Fee Amount $0.00 (hrc, USBC) (Entered: 04/30/2004) |
| 05/06/2004 | 2 | Summons Issued on Brian M. Anger. Answer Due 6/7/2004. (mwm, usbc) (Entered: 05/06/2004) |
| 05/18/2004 | 3 | Summons Service Executed on Brian M. Anger 5/17/2004. (jk, USBC) (Entered: 05/18/2004) |
| 05/21/2004 | 4 | Motion To Withdraw Reference of Adversary Complaint From The Bankruptcy Court To The District Court with Memorandum Filed. |

|  |  |  |
|---|---|---|
|  |  | Filed by Plaintiff Elaine L. Chao. Cc/s (jk, USBC) (Entered: 05/21/2004) |
| 05/21/2004 | 5 | Clerk's Notice of Fees due by 6/1/2004. RE: 4 Motion To Withdraw Reference of Adversary Complaint From The Bankruptcy Court To The District Court. (jk, USBC) (Entered: 05/21/2004) |
| 05/24/2004 |  | Terminated Deadline. Fee Not Required. (jk, USBC) (Entered: 05/24/2004) |
| 05/26/2004 | 6 | Motion To Stay Adverary Proceeding and Related Matters RE: 4 Motion To Withdraw Reference of Adversary Complaint From The Bankrupcty Court To The District Court with Memorandum Filed. c/s (jk, USBC) (Entered: 05/26/2004) |
| 05/28/2004 | 7 | Hearing scheduled for 6/10/2004 at 10:00 AM Worcester Courtroom 3 RE: 6 Motion To Stay Adversary Proceeding and Related Matters. (jk, USBC) (Entered: 05/28/2004) |
| 05/28/2004 |  | Attorney Nicholas Katsonis for Brian M. Anger added to case. (jk, USBC) (Entered: 05/28/2004) |
| 06/02/2004 | 8 | Certificate of Service by Maureen Canavan Re: 7 Hearing scheduled for 6/10/2004 at 10:00 AM Worcester Courtroom 3 RE: 6 Motion To Stay Adversary Proceeding and Related Matters. (jk, USBC) (Entered: 06/02/2004) |
| 06/02/2004 | 9 | Answer by Defendant Brian M. Anger Re: 4 Motion To Withdraw Reference of Adversary Complaint From The Bankruptcy Court To The District Court. c/s (jk, USBC) (jk, USBC) (Entered: 06/03/2004) |
| 06/02/2004 | 10 | Objection by Defendant Brian M. Anger Re: 6 Motion To Stay Adversary Proceeding and Related Matters. c/s (jk, USBC) (Entered: 06/03/2004) |
| 06/02/2004 | 11 | Memorandum In Opposition To 4 Motion To Withdraw Reference of Adversary Complaint From The Bankruptcy Court To The District Court. c/s (jk, USBC) (Entered: 06/03/2004) |
| 06/03/2004 | 12 | Answer to Complaint For Determination of Dischargeability of Debt. Filed by Brian M. Anger. c/s (jk, USBC) (Entered: 06/03/2004) |
| 06/09/2004 | 13 | Order Granting 6 Motion To Stay Adverary Proceeding and Related Matters. ORDERED: THAT THE INSTANT ADVERSARY PROCEEDING IS HEREBY STAYED PENDING A RULING ON THE SECRETARY'S MOTION TO WITHDRAW REFERENCE OF ADVERSARY COMPLAINT FROM THE BANKRUPTCY |

|  |  | COURT TO THE DISTRICT COURT. SEE ORDER FOR COMPLETE TEXT. (jk, USBC) (Entered: 06/09/2004) |
|---|---|---|
| 06/09/2004 | ●14 | Transmittal To District Court RE: 4 Motion To Withdraw Reference of Adversary Complaint From The Bankruptcy Court To The District Court. (jk, USBC) (Entered: 06/09/2004) |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

```
* * * * * * * * * * * * * * * * * * * * * * *
In re:                                      *
     Brian M. Anger, xxx-xx-3997            *     Chapter 7
     Jean M. Anger, xxx-xx-5542             *     Case No. 04-40719 JBR
                                            *
Elaine L. Chao, Secretary of Labor,         *
   United States Department of Labor,       *
                                            *
                                 Plaintiff  *     Adversary No. 04-04336
            v.                              *
                                            *     04-40109
Brian M. Anger, xxx-xx-3997                 *
                                            *
                                 Defendant  *
* * * * * * * * * * * * * * * * * * * * * * *
```

## MOTION TO WITHDRAW REFERENCE OF ADVERSARY COMPLAINT FROM THE BANKRUPTCY COURT TO THE DISTRICT COURT

Plaintiff Elaine L. Chao, Secretary of Labor, United States Department of Labor, (the "Secretary") respectfully moves pursuant to 28 U.S.C. § 157(d) and in accordance with Rules 5005(a) and 5011(a) of the Federal Rules of Bankruptcy Procedure to withdraw from the Bankruptcy Court an adversary complaint involving violations of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. § 1001, *et seq.*, and transfer it to the District Court for resolution. In support thereof, the Secretary submits the following:

1. On February 13, 2004, defendant Brian M. Anger, together with his wife Jean M. Anger, filed for relief under Chapter 7 of the Bankruptcy Code.

2. On April 30, 2004, the Secretary filed a civil complaint in United States District Court for the District of Massachusetts, Central Division, alleging that Brian M. Anger violated his fiduciary duties under the Employee Retirement Income Security Act of 1974 (ERISA), as

amended, 29 U.S.C. § 1001, *et seq.* The case, captioned *Elaine L. Chao, Secretary of Labor, United States Department of Labor, Plaintiff v. Brian M. Anger, NDI International, Inc. and the Northeast Display, Inc. 401(k) Savings and Investment Plan, Defendants*, has been docketed as 04-40065-NMG and assigned to the Honorable Nathanial M. Gorton. A copy of the complaint is attached as *Exhibit A*.

3. On April 30, 2004, the Secretary filed an adversary complaint in the Bankruptcy Court for the District of Massachusetts, Western Division, pursuant to 11 U.S.C. § 523(a)(4), asking the Bankruptcy Court to determine that Brian M. Anger's debt to the Northeast Display, Inc. 401(k) Savings and Investment Plan is nondischargeable. The case, captioned *Elaine L. Chao, Secretary of Labor, United States Department of Labor, Plaintiff v. Brian M. Anger, Defendant*, has been docketed as Adversary Proceeding No. 04-04336. A copy of the adversary complaint is attached as *Exhibit B*.

4. The allegations against Debtor Brian M Anger in the Secretary's adversary complaint are based on the same facts, expanded by additional detail, as those allegations contained in the complaint filed in the District Court.

5. The Secretary takes the position that a resolution of the adversary complaint will require substantial and material consideration of ERISA, and thus, pursuant to 28 U.S.C. § 157(d), her adversary complaint should be withdrawn from the Bankruptcy Court to the District Court.

6. On May 6, 2004, at a hearing in a related bankruptcy action, *In re: NDI, International, Inc.* Case No. 02-46071-JBR, Counsel for the Secretary informed the Court that she planned to file the instant Motion to Withdraw the Reference of the Adversary Proceeding in Mr. Anger's

2

individual bankruptcy case. The Court indicated its approval of the Secretary's plan to file such a Motion.

7. Counsel for the Secretary has not contacted counsel for Brian Anger regarding this Motion. Counsel for Mr. Anger is aware, given the instructions of the Bankruptcy Court at the May 6, 2004 hearing in the *NDI International* matter, that the Secretary would be filing this Motion. At the May 6, 2004 hearing counsel for Brian Anger took the position that the Secretary's District Court action violated the automatic stay provisions of the Code, and indicated that he would consider filing whatever motions he deemed appropriate in light of that position.

WHEREFORE, the Secretary respectfully requests that this motion be granted and that plaintiff's adversary complaint be transferred to the District Court. In further support of this motion, the Secretary files a *Memorandum in Support of the Secretary's Motion to Withdraw Adversary Complaint from the Bankruptcy Court to the District Court.*

Date: May , 2004

Respectfully submitted,
Howard M. Radzely
Solicitor of Labor

Frank V. McDermott
Regional Solicitor

*/s/ Maureen L. Canavan*
Maureen L. Canavan
Attorney BBO #550969
Attorneys for Elaine L. Chao
Secretary of Labor,
United States Department of Labor

Address:
U.S. Department of Labor
Office of the Solicitor
J.F.K. Federal Building, Room E-375
Boston, MA 02203
Telephone: (617) 565-2500
FAX: (617) 565-2142

## CERTIFICATE OF SERVICE

I certify that one copy of the foregoing *Motion for Withdrawal of Reference of Adversary Complaint from the Bankruptcy Court to the District Court, Memorandum in Support of Motion to Withdraw Adversary Complaint from the Bankruptcy Court to the District Court,* and *Notice of Filing* have been served on the individuals listed below on this 20th day of May, 2004, by sending copies via first-class mail to:

| |
|---|
| Brian M. Anger<br>123 West Sutton Road<br>Sutton, MA  01590 |
| Joseph Baldiga, Esq.<br>Chapter 7 Trustee<br>Mirick, O'Connell, DeMallie & Lougee<br>100 Front Street<br>Worcester, MA  01608 |
| Richard T. King, Esq.<br>Office of the United States Trustee<br>446 Main Street, 14th Floor<br>Worcester, MA  01608 |
| Nicholas Katsonis, Esq.<br>diverges & Katsonis<br>40 Southbridge Street, Suite 215<br>Worcester, MA  01608 |
| Rick A. Sheils, Jr.<br>Bowditch & Dewey LLP<br>311 Main Street<br>P.O. Box 15156<br>Worcester, MA  01615 |

*[Signature]*

*[Stamps: U.S. BANKRUPTCY COURT WORCESTER, MA; 2004 MAY 21 P 12: 22 FILED IN CLERK'S OFFICE]*