UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
ELAINE L. CHAO, Secretary of Labor,            *
 United States Department of Labor,            *
                                               *
                Plaintiff,                     *    CIVIL ACTION
                                               *
           v.                                  *    FILE NO. 04-40109-FDS
                                               *
BRIAN M. ANGER, NDI INTERNATIONAL, INC.        *
 and NORTHEAST DISPLAY, INC. 401(K) SAVINGS    *
 AND INVESTMENT PLAN,                          *
                                               *
                Defendants                     *
                                               *
* * * * * * * * * * * * * * * * * * * * * * * *
```

STIPULATION FOR DISMISSAL

Now comes the Elaine L. Chao, Secretary of Labor, United States Department of Labor (the "Secretary"), Plaintiff in the above entitled action, by her attorneys, and defendant Brian M. Anger, by counsel, and hereby stipulate and agree that this Action be dismissed without prejudice and without costs. As grounds therefore, the parties states as follows:

On April 30, 2004, the Secretary filed a Complaint against the above referenced defendants in this Court alleging violations of Title I of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended 29 U.S.C. § 1001 *et. seq.* That matter was docketed as Civil Action No. 04-40065.

On April 30, 2004, the Secretary filed an adversary complaint in the Bankruptcy Court for the District of Massachusetts, Western Division, pursuant to 11 U.S.C. § 523(a)(4), asking the Bankruptcy Court to determine that Brian M. Anger's debt to the Northeast Display, Inc. 401(k)

Savings and Investment Plan is nondischargeable. The case, captioned *Elaine L. Chao, Secretary of Labor, United States Department of Labor, Plaintiff v. Brian M. Anger, Defendant*, has been docketed as Adversary Proceeding No. 04-04336.

The allegations against Debtor Brian M Anger in the Secretary's adversary complaint were based on the same facts as the allegations contained in the ERISA complaint filed in the District Court.

On May 21, 2004, the Secretary filed a Motion to Withdraw Reference of Adversary Complaint from Bankruptcy Court to District Court in the United States Bankruptcy Court for the Western District of Massachusetts in the Secretary's Adversary Proceeding against Mr. Anger.

The Bankruptcy Court transmitted that Motion to Withdraw the Reference with relevant additional documents to this Court on or about June 6, 2004. This Court opened a separate action upon receipt of the Motion to Withdraw the Reference and docketed the instant action as Civil Action No. 04-40109-FDS.

Since the time of filing her ERISA fiduciary breach action, Civil Action No. 04-40065-FDS, the Secretary engaged in settlement negotiations with the defendants which have resulted in the parties submitting to this Court a Consent Judgment and Order on or about December 16, 2004. The Court entered an Order on that Judgment on December 17, 2004 and has terminated Civil Action No. 04-40065-FDS.

The parties also have reached agreement and have filed with the Bankruptcy Court a Stipulation and Proposed Order resolving all matters arising in the Adversary Proceeding.

Based upon the foregoing, since all matters in both the ERISA civil action and the Adversary Proceeding have been resolved, it is no longer necessary to proceed with the Secretary's Motion to Withdraw the Reference which is the subject of this action. This matter, therefore, should be dismissed.

WHEREFORE, the parties respectfully request that this Action be dismissed, without

prejudice and without costs.

Dated this 27th day of January, 2005.

For the Plaintiff

Secretary of Labor:
Howard M. Radzely
Solicitor of Labor

Frank V. McDermott
Regional Solicitor

/s/ Maureen L. Canavan        1/27/05
Maureen L. Canavan            Dated
Attorney BBO# 550969
U.S. Department of Labor
Office of the Solicitor
J.F.K. Federal Building, Room E-375
Boston, MA  02203

For Defendant Brian M. Anger:

/s/ Nicholas Katsonis         1-25-05
Nicholas Katsonis             Dated
BBO No. 632580
de Verges & Katsonis
40 Southbridge Street, Suite 215
Worcester, MA  01608